# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA BURGOS,     Plaintiff, <br><br> v. <br><br> JULIE KUZO, <br> USPS TORT CLAIM COORDINATOR,     Defendant. | Civil No. 5:20-cv-06421-JMG |

## ORDER

**AND NOW**, this 26th day of July, 2021, upon consideration of the Motion to Vacate, to Substitute, and to Dismiss (ECF No. 2), it is hereby **ORDERED** that the Motion (ECF No. 2) is **GRANTED** as follows:

1. The state court default judgment against Julie Kuzo is **VACATED**;

2. The United States of America is **SUBSTITUTED** for Julie Kuzo as Defendant, and the Clerk is **DIRECTED** to change the caption accordingly;

3. The claims against Julie Kuzo are **DISMISSED WITH PREJUDICE**;

4. The claims against the United States of America are **DISMISSED WITHOUT PREJUDICE**; and

5. The United States Attorney's Office for the Eastern District of Pennsylvania shall **SERVE** copies of this Order and the accompanying Memorandum Opinion upon Plaintiff Rosa Burgos and the Clerk of Court for the Berks County Court of Common Pleas.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge